

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.Y.M., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>　　　　Defendants. | CASE NO. CV 07-7805 AHM (JCRx)<br><br>ORDER TO SHOW CAUSE |

On June 5, 2008, the Court ordered plaintiffs to show cause in writing, no later than June 16, 2008, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. To date, plaintiffs have not complied with this order. The Court has received no response at all.

The minor plaintiff G.Y.M. has at all times been represented by Ralph R. Rios, Esq. and Ralph M. Rios, Esq. At their request, on December 14, 2007, the Court granted the petition of minor plaintiff G.Y.M.'s mother to serve as G.Y.M.'s guardian *ad litem*. Given that the interests of a minor are involved, the Court is reluctant to dismiss this case at this time.

1  Accordingly, good cause appearing therefor, the Court hereby ORDERS
2  Ralph R. Rios, Esq. and Ralph M. Rios, Esq. to show cause why each should not
3  be sanctioned $750.00 for failure to prosecute this action on behalf of the minor
4  plaintiff and for failure to arrange for their client, the Guardian, to obey an order of
5  this Court.
6  IT IS SO ORDERED.

Dated: June 25, 2008

A. HOWARD MATZ
United States District Judge