O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7805 AHM (FMOx) | Date | May 27, 2009 |
|---|---|---|---|
| Title | G. Y. M., et al. v. SAN BERNARDINO COUNTY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court VACATES as improvidently granted its March 4, 2009 Order on Request for Approval of Substitution of Attorney.[1]  Humberto Torres Montes may not serve as representative of G. Y. M. (or her putative guardian *ad litem*, Jessica Luprecio), Christina Torres Montes, or the Estate of Humberto Torres Montes.  No person who is not an attorney may represent another party in any action in this Court.  The Order is vacated *nunc pro tunc*, and as a result there is no ethical barrier to a party that is represented by counsel communicating directly with any party in this case not represented.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 27.