O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7805 AHM (FMOx) | Date | May 27, 2009 |
|---|---|---|---|
| Title | G. Y. M., et al. v. SAN BERNARDINO COUNTY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On May 4, 2009, Defendants San Bernardino County and Sheriff Gary Penrod filed a motion for summary judgment as to all claims brought by Plaintiffs. The motion is unopposed and set for a hearing on **June 1, 2009 at 10:00 a.m.** in Courtroom 14 of the courthouse at 312 North Spring St., Los Angeles, California. In order properly to adjudicate the matters before it, the Court ORDERS all unrepresented parties (including Christina Torres Montes, Humberto Torres Montes, and the putative guardian *ad litem* for G.Y.M., Jessica Luprecio) to be present at the hearing. Counsel for the represented parties must be present as well.

|  | : |
|---|---|
| Initials of Preparer | SMO |