O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-7805-AHM (FMOx) | Date | June 1, 2009 |
|---|---|---|---|
| Title | G.Y.M., et al. v. SAN BERNARDINO COUNTY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christina Torres Montes, *pro se* <br> Humberto Torres Montes, *pro se* | Tristan Pelayes |

**Proceedings:** DEFENDANT SAN BERNADINO COUNTY AND GARY PENROD'S MOTION FOR SUMMARY JUDGMENT, OR IN ALT, FOR SUMMARY ADJUDICATION [31] (non-evidentiary)

Cause called; appearances made. Jessica Luprecio, as guardian *ad litem* for minor plaintiff G.Y.M. is not present.

After questioning counsel and Mr. and Mrs. Montes and pursuant to their agreement, the Court grants plaintiffs' oral motion to dismiss with prejudice all of plaintiffs Humberto Torres Montes, Sr., Christina Torres Montes, and the Estates of Humberto Torres Montes's claims against the defendants. Defendants may not seek to recover costs against these plaintiffs.

For reasons stated on the record, the Court denies defendants' Motion for Summary Judgment Or, in the Alternative, Motion for Summary Adjudication without prejudice.

On the Court's own motion, the Court orders plaintiff Jessica Luprecio and defense counsel, Mr. Pelayes to appear in Court next Monday, June 8, 2009 at 10:00 a.m. The parties need not appear if a settlement has been reached and the appropriate documents have been filed.

|  | : | 10 |
|---|---|---|
| | Initials of Preparer | SMO |