O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-7805-AHM (FMOx) | Date | June 8, 2009 |
|---|---|---|---|
| Title | G.Y.M., et al. v. SAN BERNARDINO COUNTY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| no appearances | Risa A. Christensen |

**Proceedings:**    STATUS CONFERENCE re: SETTLEMENT (non-evidentiary)

Court questions counsel regarding contact with the minor plaintiff's guardian *ad litem*, Jessica Luprecio.

For reasons stated on the record, the Court grants defendants' summary judgment motion as to plaintiff G.Y.M. only.

Court grants plaintiffs Estates of Humberto Torres Montes, Humberto Torres Montes, Sr., and Christina Torres Montes' oral motion to dismiss with prejudice all of their claims.

**JS-6**

|  | : | 05 |
|---|---|---|
| Initials of Preparer | SMO | |