UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| G.Y.M., et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SAN BERNARDINO COUNTY; GARY PENROD SHERIFF OF THE SAN BERNARDINO SHERIFF DEPARTMENT, in his individual capacity and unknown officers DOES 1 through 10,<br><br>  Defendants. | Case No.: CV07-7805-AHM (FMOx)<br><br>**JUDGMENT** |

Having Ordered the appearance of Plaintiff G.Y.M., by and through her guardian *ad litem* Jessica Luprecio, on June 1, 2009, for the hearing on the Motion for Summary Judgment filed by Defendants County of San Bernardino and Sheriff Gary Penrod, and again Ordering the appearance of plaintiff's guardian *ad litem*, Jessica Luprecio, on June 8, 2009, and no

1  appearance having been made by minor plaintiff's guardian *ad litem,*
2  Jessica Luprecio, on either date as Ordered by the Court, and upon
3  questioning of counsel for the moving party defendants as to contacts with
4  plaintiff's guardian ad litem, Jessica Luprecio for the appearances referred
5  to, the Court granted summary judgment in favor of defendants County of
6  San Bernardino and [former] Sheriff Gary Penrod and against plaintiff
7  G.Y.M., for reasons stated on the record;
8      And all other plaintiffs having previously voluntarily dismissed their
9  claims with prejudice;
10     IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing,
11 and that the action be dismissed on the merits.

DATED: June 16, 2009

_____
U.S. DISTRICT COURT JUDGE